**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10
11   BLACK,                                    No. C-11-02209 DMR
12            Plaintiff(s),                     **ORDER EXTENDING TIME TO**
                                                **COMPLETE MEDIATION**
13      v.
14   AMTRAK,
15            Defendant(s).
     _____/
16
17        Pursuant to the parties' stipulation, the court hereby ORDERS that the parties must complete
18   mediation by no later than November 16, 2011.
19
20        IT IS SO ORDERED.
21
22   Dated:  November 8, 2011
23                                              _____
                                                DONNA M. RYU
24                                              United States Magistrate Judge
25
26
27
28