**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLACK,

        Plaintiff(s),

    v.

AMTRAK, NATIONAL RAILROAD CORPORATION,

        Defendant(s).

_____/

No. C-11-2209-DMR

**ORDER OF DISMISSAL**

      The Court having been advised that the parties have agreed to a settlement of this case [*see* Docket No. 17], IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within 60 days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. All further dates are vacated.

      IT IS SO ORDERED.

Dated:  November 18, 2011

_____
DONNA M. RYU
United States Magistrate Judge